| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:15-CR-6 (7) |
| | § | |
| MARCO ANTONIO PEREZ | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. The parties have not filed objections to the report.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that the Defendant, Marco Antonio Perez, is competent. The speedy trial time shall be excluded from September 23, 2015 until the date of this order.

SIGNED at Beaumont, Texas, this 19th day of January, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE